**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| FAITH McGUIRE, | ) | 3:08-cv-00465-HDM-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    The court has considered the report and recommendation of the United States Magistrate Judge (#12) filed on October 2, 2009, in which the magistrate judge recommends that this court enter an order denying plaintiff's motion for reversal of the Social Security Commissioner's decision (#10) and granting defendant's cross-motion to affirm (#11).  No objections to the report and recommendation have been filed, and the time for filing any objections has expired.

    The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review

1 | and determination in accordance with the requirements of 28 U.S.C.
2 | § 636 and applicable case law, and good cause appearing, the court
3 | hereby ADOPTS AND ACCEPTS the report and recommendation of the
4 | United States Magistrate Judge (#12). Accordingly, the plaintiff's
5 | motion for reversal (#10) is denied, and the defendant's cross-
6 | motion for affirmation (#11) is granted.

     DATED: This 3rd day of November, 2009.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE

2