AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF    NEVADA

FAITH McGUIRE,

      Plaintiff,    JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:08-CV-00465-HDM-VPC**

MICHAEL J. ASTRUE, et al.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's motion for reversal (#10) is denied, and the defendant's cross-motion for affirmation (#11) is granted.


  November 4, 2009    **LANCE S. WILSON**
                                                          Clerk

                                                          D. R. Morgan
                                                          Deputy Clerk